Stephen Shaiken, Esq.  Bar No. 90915
LAW OFFICES OF STEPHEN SHAIKEN
170 Columbus Avenue, Suite 100
San Francisco, CA 94133-5102
Telephone: (415) 248-1012
Fax: (415) 248-0019

Attorney for Petitioner Victor Saravia

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| Victor Saravia,<br>　　　　Petitioner,<br>vs.<br>Nancy Alcantar, Field Office Director,<br>United States Immigration and<br>　Customs Services (USICE),<br>　Julie L. Myers, Assistant Secretary<br>and Michael Chertoff, Secretary,<br>　Department of Homeland Security<br><br>　　　　Respondents | District Ct. No.:<br>Agency No.: A17 266 808<br>**EMERGENCY**<br>**MOTION TO STAY DEPORTATION**<br>**[WRIT OF HABEAS CORPUS]**<br><br>**[28 U.S.C. §2241]** |

**TO THE ABOVE ENTITLED COURT AND TO RESPONDENTS:**

**PLEASE TAKE NOTICE** that petitioner, Victor Saravia, by and through his counsel, Stephen shaiken, hereby moves this court for an order staying his deportation. Petitioner is currently in the custody of the U.S. Immigration and Customs Enforcement and is subject to a final order of deportation which the USICE intends to execute immediately.

This motion is supported by the verified petition for writ of habeas corpus filed simultaneously with this motion. In view of the imminence of deportation, there is insufficient time to repeat the arguments raised therein but those arguments support the request for a stay of deportation.

It is requested that the Court stay removal or in the alternative, issue a temporary stay until the parties can argue on the merits of a further stay.

1

1 | Dated: August 4, 2008

                                         Respectfully submitted,

                          THE LAW OFFICES OF STEPHEN SHAIKEN

By:                    s/shaiken

                                Stephen Shaiken, Esq.

2