AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

Clear Form

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

Victor Saravia )
)
)
)
Plaintiff )
v. ) Civil Action No. CV 08 3741MHP
Nancy Alcantar, Field Office Director, USICE )
Julie L. Myers, Assistant Secretary, USICE )
and Michael Chertoff, Secretary, USICE )
)
Defendant )

**E-filing**

**Summons in a Civil Action**

To: Nancy Alcantar, Field Office Director, USICE

*(Defendant's name)*

A lawsuit has been filed against you.

Within  60  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Stephen Shaiken, Esq.
LAW OFFICES OF STEPHEN SHAIKEN
170 Columbus Ave., Suite 100
San Francisco, CA  94133

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: 8-14-08

Simone Voltz
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*