| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332 |
|   | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
|   | Assistant United States Attorney |
| 3 | Chief, Civil Division |
|   | EDWARD A. OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VICTOR SARAVIA, | ) |
| | ) No. C 08-3741 MHP |
| Petitioner, | ) |
| | ) |
| v. | ) **NOTICE OF APPEARANCE** |
| | ) |
| NANCY ALCANTAR, Field Office Director, | ) |
| United States Immigration and Customs Services; | ) |
| JULIE L. MYERS, Assistant Secretary and | ) |
| MICHAEL CHERTOFF, Secretary, | ) |
| Department of Homeland Security, | ) |
| | ) |
| Respondents. | ) |

PLEASE TAKE NOTICE that representation of the Respondents in the above-entitled proceeding will be by Edward A. Olsen, Assistant United States Attorney.

Date: August 22, 2008                                           Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

                                                                                  /s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Respondents

Notice of Appearance
C 08-3741 MHP