1  Stephen Shaiken, Esq.  Bar No. 90915
   LAW OFFICES OF STEPHEN SHAIKEN
2  170 Columbus Avenue, Suite 100
   San Francisco, CA 94133-5102
3  Telephone: (415) 248-1012
   Fax: (415) 248-0019
4
   Attorney for Petitioner Victor Saravia
5

FILED
08 AUG 22 PH 2: 14
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| Victor Saravia,<br>　　　　Petitioner,<br>　　vs.<br>Nancy Alcantar, Field Office Director,<br>United States Immigration and<br>Customs Services (USICE),<br>Julie L. Myers, Assistant Secretary<br>and Michael Chertoff, Secretary,<br>Department of Homeland Security<br><br>　　　　Respondents | District Ct. No.: CV083741MHP<br>Agency No.: A17 266 808<br><br>**FILING OF PROOF OF SERVICE** |

**PROOF OF SERVICE**

I, the undersigned, under penalty of perjury, declare and say:

That I am a citizen of the United States, over the age of 18 years and not a party to, nor interested in, the within entitled cause of action; that my business address is 170 Columbus Avenue, Suite 100, San Francisco, California, 94133-5102. On the date last written herein I caused to have an original or true copy of:   **FILING OF PROOF OF SERVICE**

**PETITION FOR WRIT OF ERROR CORAM NOBIS**
(Victor Manuel Saravia   District Ct. No.   CV083741MHP   )
Agency No.: A17-266-808

on the following:

United States District Attorney
Northern District of California
450 Golden Gate Ave., 9th Floor
San Francisco, CA 94102

( ) **(BY MAIL)** I placed each true copy in a sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at San Francisco, California, following ordinary business practices. I am readily familiar with the practice of the firm of Law Offices of Stephen Shaiken for processing of correspondence and other documents are deposited in the United States Postal Service the same day as it is place for processing.

( x ) **(BY PERSONAL SERVICE)** I caused each such envelope to be hand delivered to each addressee(s) noted.

( ) **(BY FACSIMILE)** I caused said document to by transmitted by Facsimile machine to the number indicated after the address(es) noted.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

Executed : August __22__, 2008 At San Francisco, California

_____
Connie Navarro