```
 1  JOSEPH P. RUSSONIELLO, CSBN 44332
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Chief, Civil Division
 3  EDWARD A. OLSEN, CSBN 214150
    Assistant United States Attorney
 4
       450 Golden Gate Avenue, Box 36055
 5     San Francisco, California 94102
       Telephone: (415) 436-6915
 6     FAX: (415) 436-6927

 7  Attorneys for Respondents
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| VICTOR SARAVIA, | ) | No. C 08-3741-MHP |
| Petitioner, | ) | |
| | ) | **STIPULATION TO DISMISS; AND** |
| v. | ) | ~~[PROPOSED]~~ **ORDER** |
| | ) | |
| NANCY ALCANTAR, Field Office Director, United States Immigration and Customs Enforcement (USICE); JULIE L, MYERS, Assistant Secretary; MICHAEL CHERTOFF, Secretary, Department of Homeland Security, | ) | Honorable Marilyn Hall Patel |
| Respondents. | ) | |

Victor Saravia-Paguada is a native and citizen of Honduras who is subject to a final order of removal and is scheduled to be removed from the United States on September 19, 2008. On August 4, 2008, he filed a petition for writ of habeas corpus under 28 U.S.C. § 2241, as well as an emergency motion for a stay of removal, seeking a stay of his removal while he seeks to vacate his 1992 convictions in California Superior Court for Santa Clara County for possession of methamphetamine in violation of California Health and Safety Code § 11378, and cultivation of marijuana in violation of California Health and Safety Code § 11358.

After reviewing the papers submitted and considering the arguments presented on September 11, 2008, at the hearing on the petitioner's emergency motion for a stay of

1  removal, this Court orally denied the petitioner's emergency motion for a stay of removal.  In
2  light of the Court's denial of the petitioner's emergency motion for a stay of removal, the
3  parties, by and through their attorneys of record, believe that the petition for writ of habeas
4  corpus should be dismissed as moot.

Dated: September 16, 2008            /s/
                                      EDWARD A. OLSEN
                                      Assistant United States Attorney


Dated: September 16, 2008            /s/
                                      STEPHEN SHAIKEN
                                      Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS ORDERED that the petition for writ of habeas corpus is dismissed.

Date: September 17, 2008

IT IS SO ORDERED

Judge Marilyn H. Patel

STIPULATION TO DISMISS AND PROPOSED ORDER
C-08-3741-MHP                                  2